UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KYROS LAW GROUP LLC

        Plaintiff,

   vs.

MICHAEL PATRICK FEENEY
and FEENEY LAW FIRM

        Defendants.

C.A. No. 1:21-cv-10895

**DEFENDANTS MICHAEL PATRICK FEENEY AND FEENEY LAW FIRM'S
MOTION TO DISMISS PLAINTIFF KYROS LAW GROUP LLC'S COMPLAINT**

Now come Defendants, Michael Patrick Feeney and Feeney Law Firm ("Defendants"), and hereby moves to dismiss the above-captioned Complaint brought by Plaintiff, Kyros Law Group LLC, pursuant to Fed. R. Civ. P. 12(b)(6). The above-captioned Complaint includes the following nine (9) counts: (i) Receipt and Wrongful Use of Stolen Goods; (ii) Interference with Prospective Advantageous Business Relationships; (iii) Continuing and Ongoing Violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 et seq.; (iv) Misappropriation of Trade Secrets; (v) Unjust Enrichment; (vi) Fraudulent Deceptive Trade Practices; (vii) Breach of Fiduciary Duty; (viii) Civil Conspiracy; and (ix) Defend Trade Secrets Act – 18 U.S.C. § 1836.

The above-captioned Complaint should be dismissed in its entirety because it fails to state a claim upon which relief can be granted. Additionally, each and every count asserted by Plaintiff in the above-captioned Complaint are barred by the applicable statute of limitations.

In support hereof, Defendants rely on the accompanying Memorandum of Law.

WHEREFORE, Defendants Michael Patrick Feeney and Feeney Law Firm respectfully request that their motion to dismiss be <u>allowed</u> and Plaintiff's Complaint be dismissed in its entirety.

<div style="margin-left: 40%;">

Respectfully submitted,
Defendants,
Michael Patrick Feeney and Feeney Law Firm
By their Attorneys,


/s/ *Marc E. Finkel* _____
Jeffrey L. Alitz, BBO #553741
jalitz@fmglaw.com
Marc E. Finkel, BBO #659681
mfinkel@fmglaw.com
Matthew L. Schwartz, BBO #699918
Matthew.schwartz@fmglaw.com
Freeman Mathis & Gary, LLP
60 State Street, Suite 600
Boston, MA 02109
Tel:  617.963.5975
Fax:  770.937.9960

</div>

Dated:  June 21, 2021

## REQUEST FOR ORAL ARGUMENT

Michael Patrick Feeney and Feeney Law Firm believes that oral argument will assist the Court in ruling on its Motion to Dismiss and therefore requests oral argument.

## CERTIFICATE OF LOCAL RULE 7.1 COMPLIANCE

I hereby certify that on June 15, 2021 at 4:00 pm, the undersigned counsel conferred with opposing counsel as required by Local Rule 7.1(a)(2) prior to the filing of this Motion to Dismiss.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June 2021, a true copy of the above document was served upon all attorneys of record through the Court's ECF system.

<div style="margin-left: 40%;">

/s/ *Marc E. Finkel* _____
Marc E. Finkel, Esq.
BBO# 659681

</div>