UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KYROS LAW GROUP LLC )<br>　　　Plaintiff, )<br> )<br>vs. )<br> )<br>MICHAEL PATRICK FEENEY, and )<br>FEENEY LAW FIRM, )<br>　　　Defendants. )<br> ) | C.A. No.:  1:21-cv-10895 |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT
PURSUANT TO Fed. R. Civ. P. 15(a)**

NOW COMES the Plaintiff, Kyros Law Group, LLC ("KLG") in the above-captioned matter and respectfully requests that the Court allow an amendment to the Complaint pursuant to FRCP 15(a).

The Proposed amendment would add additional facts concerning allegations of fraudulent concealment pursuant to M.G.L. c. 60, § 12, and as more fully set forth in the Plaintiff's accompanying Memorandum in Support of this Motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　Kyros Law Group LLC,
　　　　　　　　　　　　　　　　　　　By Its Attorney,

7-20-21　　　　　　　　　　　　　　　/s/ *S. James Boumil, Esq.*
Date　　　　　　　　　　　　　　　　S. James Boumil, Esq. (BBO#050940)
　　　　　　　　　　　　　　　　　　　120 Fairmount Street
　　　　　　　　　　　　　　　　　　　Lowell, MA 01852
　　　　　　　　　　　　　　　　　　　Tel: 978-458-0507
　　　　　　　　　　　　　　　　　　　Email: SJBoumil@Boumil-Law.com

### CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Rule 7.1(a)(2), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues. The conference was held by telephone, by agreement, on July 13, 2021 at 4:00 p.m.

### CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 20th day of July, 2021, I caused to be served a copy of the foregoing document by electronic filing through the Court's ECF system on the following:

Marc E. Finkel, Esq.
Jeffrey L. Alitz, Esq.
Matthew Schwartz, Esq.
Freeman Mathis & Gary, LLP
60 State Street, 6th Floor
Boston, MA 02109

/s/ *S. James Boumil*
S. James Boumil