



# The Commonwealth of Massachusetts
## William Francis Galvin

Minimum Fee: $500.00

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## Annual Report
(General Laws, Chapter )

**Identification Number:** 001042361

**Annual Report Filing Year:** 2020

**1.a. Exact name of the limited liability company:** SWEET FEENEY MARKETING GROUP, LLC

**1.b. The exact name of the limited liability company** *as amended*, **is:** SWEET FEENEY MARKETING GROUP, LLC

**2a. Location of its principal office:**

No. and Street: 50 BELLEVUE RD.
City or Town: QUINCY   State: MA   Zip: 02171   Country: USA

**2b. Street address of the office in the Commonwealth at which the records will be maintained:**

No. and Street: 50 BELLEVUE RD.
City or Town: QUINCY   State: MA   Zip: 02171   Country: USA

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
DIRECT MARKETING

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**
Name: CHRISTINA (FAY) FEENEY
No. and Street: 50 BELLEVUE RD.
City or Town: QUINCY   State: MA   Zip: 02171   Country: USA

**6. The name and business address of each manager, if any:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | CHRISTINA N. (FAY) FEENEY | 50 BELLEVUE RD.<br>QUINCY, MA 02171 USA |
| MANAGER | CHRISTINA N. (FAY) FEENEY | 50 BELLEVUE RD.<br>QUINCY, MA 02171 USA |

**7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
|  |  |  |

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | CHRISTINA FEENEY | 50 BELLEVUE ROAD<br>QUINCY, MA 02171 US |

**9. Additional matters:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 15 Day of January, 2021,**
<u>CHRISTINA FEENEY</u> , **Signature of Authorized Signatory.**

© 2001 - 2021 Commonwealth of Massachusetts
All Rights Reserved

## THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

January 15, 2021 01:02 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*