UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KYROS LAW GROUP LLC )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL PATRICK FEENEY, and )<br>FEENEY LAW FIRM, )<br>      Defendants. )<br>) | C.A. No.: 1:21-cv-10895<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFF'S MOTION TO STRIKE THE EXHIBITS
TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**

NOW COMES the Plaintiff, Kyros Law Group, LLC ("KLG") in the above-captioned matter and respectfully requests that the three Exhibits submitted by the Defendants with their Motion to Dismiss the Complaint [Docket No. 8] be stricken for the reasons stated in the Memorandum of Law which accompanies this Motion.

1. The Defendants have submitted with their Motion to Dismiss the following Exhibits which are the subject of this Motion to Strike:

    a. Unverified copy of the Complaint in Norfolk County Superior Court, C.A. No. 2182CV00280;

    b. Unverified "Memorandum of Decision and Order on Plaintiff's Motion for Preliminary Injunction";

    c. Unverified First Amended Complaint, in Norfolk County Superior Court, C.A. No. 1682CV00100.

                                  Respectfully submitted:

                                  Kyros Law Group LLC,
                                  By Its Attorney,

7/20/21                             /s/ *S. James Boumil, Esq.*
Date                                S. James Boumil, Esq. (BBO#050940)
                                  120 Fairmount Street
                                  Lowell, MA 01852
                                  Tel: 978-458-0507
                                  Email: SJBoumil@Boumil-Law.com

## CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Rule 7.1(a)(2), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues. The conference was held by telephone, by agreement, on July 13, 2021 at 4:00 p.m.

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 20th day of July, 2021, I caused to be served a copy of the foregoing document by electronic filing through the Court's ECF system on the following:

Marc E. Finkel, Esq.
Jeffrey L. Alitz, Esq.
Matthew Schwartz, Esq.
Freeman Mathis & Gary, LLP
60 State Street, 6th Floor
Boston, MA 02109

                                  /s/ *S. James Boumil*
                                  S. James Boumil