UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KYROS LAW GROUP LLC,<br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL PATRICK FEENEY and<br>FEENEY LAW FIRM,<br>    Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 21-10895-MLW<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                          March 11, 2022

It is hereby ORDERED that a hearing on defendants' Motion to Dismiss (Dkt. No. 8), plaintiff's Motion for Leave to Amend Complaint (Dkt. No. 12), and plaintiff's Motion to Strike the exhibits to defendants' Motion to Dismiss (Dkt. No. 14) shall be held on March 29, 2022, at 2:00 p.m., in the Moakley Courthouse. A representative of each party with full settlement authority shall attend.

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE